

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3291
yglazer@lpgmlaw.com

August 6, 2024

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
500 Pearl Street
New York, New York 10007

Re:

    *Deja Realty Corp. v. The Travelers Indemnity Company of America*,
    24 CV 278 (JLR) (JW)
    LPG&M File No.:  340-1490

Dear Judge Rochon:

    This firm represents defendant The Travelers Indemnity Company of America ("Travelers").  Please accept this letter as Travelers' request, with consent of Plaintiff's counsel, to adjourn the oral argument scheduled for August 19, 2024 at 3 p.m. as I will be on a previously scheduled vacation out of state at that time.  The parties have conferred and are available the following dates for oral argument:

    August 22; 26; 28; and 29, 2024.  Of course, should these dates not work, we would be happy to provide additional potential dates to the Court.  The parties also respectfully request that oral argument proceed via zoom on the selected date.

    Thank you for your consideration of this first request to adjourn the oral argument of Travelers' motion to dismiss.

    Very truly yours,

    *s/Yale Glazer*

    Yale Glazer

cc:    Edmond J. Pryor, Esq.
    (*via* email)

The oral argument previously scheduled for August 19, 2024 is adjourned to August 29, 2024 at 11:30 a.m.  The Court will conduct the conference via Microsoft Teams.  Counsel will receive login credentials at the email addresses on the docket.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342

SO ORDERED.

Dated: August 6, 2024
    New York, New York

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**