UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEJA REALTY CORP.,<br><br>                         Plaintiff,<br><br>            -against-<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>                         Defendant. | Case No. 1:24-cv-00278 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record during the August 29, 2024 hearing, Defendant's motion to dismiss is DENIED. The Clerk of Court is respectfully directed to close the motion pending at Dkt. 13. The parties shall meet and confer and submit a joint proposed case management plan within 21 days of this order.

Dated: August 29, 2024
       New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

1