# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

DEJA REALTY CORP.,

                                   Plaintiff,                      24 **CIVIL** 00278 (JLR)

                  -against-                              **<u>JUDGMENT</u>**

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA.

                                  Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 11, 2026, Travelers's motion for summary judgment at Dkt. 62 is GRANTED; Deja Realty is not entitled to a declaration of coverage under the Policy. Furthermore, Travelers's motion to strike at Dkt. 50 is DENIED AS MOOT. Accordingly, the case is closed.

**Dated:**  New York, New York

        March 11, 2026

                                        **TAMMI M. HELLWIG**

                                            _____

                                              **Clerk of Court**

**BY:**

                                            _____

                                              **Deputy Clerk**